**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Mark D. Anderson and<br>Kristen D. Anderson,<br><br>    Plaintiffs,<br><br>v.<br><br>Countrywide Home Loans and Bank of New York Mellon Corporation f/k/a the Bank of New York as Trustee for the Certificateholders CWMBS Inc. CHL Mortgage Pass-through Certificates Series 2005-25 and CWMBS Inc. CHL Mortgage Passthrough Trust 2005-25 Mortgage Pass-through Certificates Series 2005-25,<br><br>    Defendants. | Civil No. 10-2685 (MJD/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. No. 6) be **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation.


Dated:  April 28, 2011      s/Michael J. Davis
                MICHAEL J. DAVIS
                Chief Judge
                United States District Court